UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DANIEL W. DANCER, ) | |
| ) | CASE NO. C10-918-RSL |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | ORDER OF DISMISSAL |
| VICKI SCHUMAKER, *et al.*, ) | |
| ) | |
| Defendants. ) | |

The Court, having reviewed the Report and Recommendation of United States Magistrate Judge James P. Donohue, the governing law, and the balance of the record, does hereby find and ORDER:

(1) The Report and Recommendation is ADOPTED;

(2) Defendant's motion for summary judgment (Dkt. 25) is construed in relevant part as a motion to dismiss and is GRANTED;

(3) This matter is DISMISSED without prejudice for failure to exhaust administrative remedies as required by 42 U.S.C. § 1997e(a); and

ORDER OF DISMISSAL
PAGE -1

(4)   The Clerk of Court is directed to send copies of this Order to plaintiff and to Magistrate Judge James P. Donohue.

DATED this 2nd day of November, 2011.

*[signature]*

Robert S. Lasnik
United States District Judge