UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DANIEL W. DANCER, )
) CASE NO. C10-918-RSL
Plaintiff, )
)
v. )
) ORDER OF DISMISSAL
VICKI SCHUMAKER, *et al.*, )
)
Defendants. )
)

The Court, having reviewed the Report and Recommendation of United States Magistrate Judge James P. Donohue, the governing law, and the balance of the record, does hereby find and ORDER:

(1) The Report and Recommendation is ADOPTED;

(2) Defendant's motion for summary judgment (Dkt. 25) is construed in relevant part as a motion to dismiss and is GRANTED;

(3) This matter is DISMISSED without prejudice for failure to exhaust administrative remedies as required by 42 U.S.C. § 1997e(a); and

ORDER OF DISMISSAL
PAGE -1

(4) The Clerk of Court is directed to send copies of this Order to plaintiff and to Magistrate Judge James P. Donohue.

DATED this 2nd day of November, 2011.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER OF DISMISSAL
PAGE -2